UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| Costa Café, Inc. ) | CHAPTER 11 |
| Debtor ) | CASE NO. 19- |
| ) | |

## **CERTIFICATE OF VOTE**

A meeting of the Board of Directors of Costa Café, Inc. was held on July 11, 2019 at the office of Ehrhard & Associates, P.C. Present were all the directors of the corporation and:

VOTED: To authorize the corporation to file a Chapter 11 petition in bankruptcy;

VOTED: To authorize the employment of James P. Ehrhard and Ehrhard & Associates, P.C. as attorneys in this matter;

VOTED: To authorize Eyad Nashef to execute all documents in the Chapter 11 case and any and all documents in connection therewith;

There being no further business before said meeting, it was,

VOTED: To adjourn

_____
Eyad Nashef
President

Dated: July 11, 2019