# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Costa Cafe, Inc.     **Case Number:** 19-41139     **(CJP)**     **Ch:** 11

Telephonic Status Conference.

**COURT ACTION:**

| _____ Granted | _____ Approved | _____ Moot |
|---|---|---|
| _____ Denied | _____ Denied without prejudice | |
| _____ Withdrawn in Open Court | | |
| _____ Sustained | _____ Overruled | |

_____ Continued to_____
_____ Proposed Order Submitted by_____
_____ Stipulation to be Submitted by_____
_____ Taken Under Advisement
_____ Fees allowed in the amount of:  $_____ Expenses of: $_____
_____ No appearance/response by:_____
Show Cause Order           _____ Released           _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

STATUS CONFERENCE HELD.

IT IS SO ORDERED:

_____ Dated: 08/15/2019

Christopher J. Panos
United States Bankruptcy Judge